RECEIVED
SDNY PRO SE OFFICE

2022 JAN 27  AM II: 02

United States District Court
Southern District of New York

Nicholas Darley
       Plaintiff

v.

UNITED STATES OF AMERICA,
DR. LINLEY M.D.,
VANDER HEY-WRIGHT P.A.,
THOMAS-WALSH F.N.P., DR. MCNUTT M.D.,
MS. DEEZ AHSA, MR. WALLS HSA,
MR. MALDONADO AWP, MR. LEMASTERS AWO,
sued in their individual and official
capacities,
       Defendants

Case No: _____

Motion for Leave to
Proceed In Forma Pauperis
(28 U.S.C §1915(a))

## Motion for Leave to Proceed In Forma Pauperis

### Relief Sought

Nicholas Darley, plaintiff, seeks permission of the Court, pursuant to 28 U.S.C. § 1915, to proceed in this action without prepayment of filing or other fees and costs.

### Grounds for Relief

The plaintiff should be granted pauper status because:

1. The affidavit attached to this Motion/Application states all of the assets of the plaintiff.

2. The affidavit attached to this Motion/Application states that the plaintiff believes that he is entitled to the redress sought by this action.

3. The plaintiff is unable to pay the fees and costs or give security for them.

-1-

## Papers in Support of Motion/Application

This Motion/Application is based on this document, the supporting Affidavit of the plaintiff, on the Complaint to be filed in this action that has been lodged with the Court, and on any other papers, evidence, or argument presented in connection with this motion.

Dated: 1/18/2022

Nicholas Darley
Reg. No. 50309-048
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 50309048 | **Current Institution:** | Otisville FCI |
| **Inmate Name:** | DARLEY, NICHOLAS | **Housing Unit:** | OTV-E-A |
| **Report Date:** | 01/13/2022 | **Living Quarters:** | E04-412L |
| **Report Time:** | 1:02:10 PM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2628 |
| PAC #: | 953186750 |
| Revalidation Date: | 28th |
| FRP Participation Status: | Participating |
| Arrived From: | BRO |
| Transferred To: | |
| Account Creation Date: | 10/21/2016 |
| Local Account Activation Date: | 3/1/2017 3:17:41 AM |
| Sort Codes: | |
| Last Account Update: | 1/13/2022 11:06:34 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $5,000.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll      ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $131.72 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

https://10.33.54.106/truweb/InmateInquiryCombined.aspx

1/13/2022

Outstanding Negotiable Instruments: $0.00

Administrative Hold Balance: $0.00

Available Balance: $131.72

National 6 Months Deposits: $1,830.67

National 6 Months Withdrawals: $1,720.15

Available Funds to be considered for IFRP Payments: $1,330.67

National 6 Months Avg Daily Balance: $99.22

Local Max. Balance - Prev. 30 Days: $286.72

Average Balance - Prev. 30 Days: $75.18

## Commissary History

### Purchases

Validation Period Purchases: $115.00

YTD Purchases: $854.50

Last Sales Date: 1/13/2022 11:06:34 AM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: Yes

Spending Limit: $180.00

Expended Spending Limit: $110.50

Remaining Spending Limit: $69.50

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

1/13/2022

## Comments

**Comments:**

12/29/17: DHO SANCTION 60 DAY COMM LOSS