U.S. Department of Justice

<div style="border:1px solid black; padding:8px;">
Application granted.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
           January 31, 2024
</div>

**By ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Darley v. United States of America, et al.*, No. 22 Civ. 714 (PMH)

Dear Judge Halpern:

      This Office represents the United States of America (the "Government"), in the above-referenced action brought by *pro se* plaintiff Nicholas Darley ("Plaintiff"), who is currently incarcerated at the United States Penitentiary in Marion, Illinois.  I write to respectfully request that the Court grant the Government leave to take the deposition of Plaintiff pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).  The deadline for fact discovery in this matter is February 14, 2024.  ECF No. 99.

      The Government seeks to depose Plaintiff to gather additional facts about his Complaint, the claims at issue in the case, and Plaintiff's alleged damages.  The deposition is scheduled to take place remotely, via Webex, on February 1, 2024.  I have arranged with the Bureau of Prisons so that Plaintiff will be available and able to access a computer for the deposition on that date.  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of the court to depose a witness confined in prison, and the court must "grant leave to the extent consistent with Rule 26(b)(1) and (2)."  Accordingly, the Government respectfully requests that the Court grant the Government leave to depose the Plaintiff on February 1, 2024.

      I thank the Court for its consideration of this request.

                        Respectfully,

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

            By:    */s/ Dana Walsh Kumar*
                    DANA WALSH KUMAR
                    Assistant United States Attorney
                    Tel.:   (212) 637-2741
                    Email: Dana.Walsh.Kumar@usdoj.gov

cc: Nicholas Darley
#50309-048
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959
*PRO SE*
(By Certified Mail)