**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NICHOLAS DARLEY,

                Plaintiff,

-against-                              22 **CIVIL** 714 (PMH)

                                                           **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 21, 2025, Defendant's motion for summary judgment is GRANTED, and Plaintiff's motion to exclude expert testimony is DENIED AS MOOT; accordingly, the case is closed.

**Dated:** New York, New York

      April 21, 2025

                                                           **TAMMI M HELLWIG**
                                                           **Clerk of Court**

                **BY:**                      *K. Mango*

                                                           **Deputy Clerk**